| | | |
|---|---|---|
| People v Getman (Derek) | 4th Dept: 147 AD3d 1360 (Livingston) | denied 5/8/17 (Garcia, J.) (Appeal No. 1) |
| People v Getman (Derek) | 4th Dept: 147 AD3d 1360 (Livingston) | denied 5/8/17 (Garcia, J.) (Appeal No. 2) |
| People v Gibson | 4th Dept: 147 AD3d 1507 (Monroe) | denied 5/3/17 (Garcia, J.) |
| People v Godley | 4th Dept: 148 AD3d 1689 (Onondaga) | denied 5/26/17 (Wilson, J.) |
| People v Goodwin (Darryl) | 4th Dept: 147 AD3d 1352 (Monroe) | denied 5/1/17 (Garcia, J.) |
| People v Goodwin (Daryl) | 4th Dept: 147 AD3d 1352 (Monroe) | denied 5/1/17 (Garcia, J.) |
| People v Gousse | 2d Dept: 147 AD3d 974 (Nassau) | denied 5/9/17 (DiFiore, Ch. J.) |
| People v Granger | App Div, 1st Dept: 2017 NY Slip Op 62858(U) (NY) | dismissed 5/2/17 (Stein, J.) |
| People v Grant | 2d Dept: 147 AD3d 872 (Kings) | denied 5/2/17 (Garcia, J.) |
| People v Gray | 2d Dept: 143 AD3d 909 (Queens) | denied reconsideration 5/2/17 (Garcia, J.) |
| People v Gunn | App Div, 4th Dept: 2017 NY Slip Op 64950(U) (Onondaga) | dismissed 5/8/17 (DiFiore, Ch. J.) |
| People v Guzman (Angel) | 4th Dept: 147 AD3d 1450 (Wayne) | denied 5/3/17 (Garcia, J.) (Appeal No. 1) |
| People v Guzman (Angel) | 4th Dept: 147 AD3d 1452 (Wayne) | denied 5/3/17 (Garcia, J.) (Appeal No. 2) |
| People v Harris (Eric) | 4th Dept: 148 AD3d 1694 (Onondaga) | denied 5/26/17 (Wilson, J.) |
| People v Harris (Timothy) | 4th Dept: 147 AD3d 1354 (Erie) | denied 5/3/17 (Garcia, J.) |
| People v Henderson (Lisa) | 4th Dept: 147 AD3d 1312 (Ontario) | denied 5/16/17 (Wilson, J.) (Appeal No. 1) |
| People v Henderson (Lisa) | 4th Dept: 147 AD3d 1312 (Ontario) | denied 5/16/17 (Wilson, J.) (Appeal No. 2) |
| People v Hicks | 2d Dept: 148 AD3d 723 (Westchester) | denied 5/25/17 (Garcia, J.) |
| People v Hilson | App Div, 1st Dept: 2016 NY Slip Op 91380(U) (NY) | denied 5/25/17 (Garcia, J.) |
| People v Hodge (Shakeymo) | 4th Dept: 147 AD3d 1502 (Steuben) | denied 5/23/17 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v Hodge (Shakeymo) | 4th Dept: 147 AD3d 1503 (Steuben) | denied 5/23/17 (DiFiore, Ch. J.) (Appeal No. 2) |